No. 1254. El Pueblo, Apelado, *v.* Cottes, Apelante.—Acometimiento y agresión graves. San Juan, Sección 2ª. Abril 2, 1918. *Confirmada la sentencia apelada.*

No. 1247. El Pueblo, Apelado, *v.* Fuentes, Apelante.—Acometimiento y agresión graves. Humacao. Abril 2, 1918. *Confirmada la sentencia apelada.*

No. 1760. Rivera et al., Apelados, *v.* Jiménez Cruz, Apelante.—Declaración de nulidad de enajenación y otros extremos. Humacao. Abril 2, 1918. *Desestimada de oficio la apelación.*

No. 1761. Rivera et al., Apelados, *v.* Jiménez Cruz, Apelante.—Declaración de nulidad de enajenación y otros extremos. Humacao. Abril 2, 1918. *Desestimada de oficio la apelación.*

No. 1786. De Mata Escobar, Apelante, *v.* Gámbaro et al., Apelados.—Nulidad de sentencia e *injunction.* San Juan, Sección 1ª. Abril 2, 1918. *Desestimada de oficio la apelación.*

No. 65. Ex Parte Zayas, Peticionario.—*Habeas corpus.* Abril 4, 1918. *No ha lugar a expedir el auto.*

No. 233. Crespo, Peticionario, *v.* Texidor, Juez Distrito San Juan, Sección 1ª., Demandado.—*Certiorari.* Abril 8, 1918. *No ha lugar a expedir el auto solicitado.*